AUGUST P. MAYKUT *v.* MARTIN PLASKO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is granted.

*Helen F. Krause,* in support of the petition.

Submitted May 2—decided May 8, 1975

STATE OF CONNECTICUT *v.* JAMES HASKINS

The defendant's motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*John R. Williams,* special public defender, for the appellee (defendant).

*William F. Gallagher,* special assistant state's attorney, for the appellant (state).

Argued May 9—decided May 9, 1975

STATE OF CONNECTICUT *v.* MICHAEL ALSTON

The defendant's motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*David N. Rosen,* for the appellee (defendant).

*William F. Gallagher,* special assistant state's attorney, for the appellant (state).